FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 NOV 27 PM 1: 13

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLES BRIZENDINE, | ) | Case Number: 8:07CV277 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CONSENT TO EXERCISE** |
| | ) | **OF JURISDICTION BY A** |
| | ) | **UNITED STATES MAGISTRATE JUDGE** |
| CITY OF OMAHA, et al., | ) | **AND** |
| | ) | **ORDER OF REFERENCE** |
| Defendants. | ) | |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| *Timothy L. Ashford* | For Plaintiff | 11/16/07 |
| *Thomas O. Mumgaard* | For Defendants | 11/20/07 |
| _____ | For _____ | _____ |

F.A. Gossett III

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable ~~Thomas~~ ~~Thalken~~, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

Nov. 27, 2007
Date

United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.