IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES BRIZENDINE,            )<br>                                              )<br>           Plaintiff,          )<br>                                              )<br>vs.                                       )<br>                                              )<br>CITY OF OMAHA, et al.,       )<br>                                              )<br>           Defendants.       ) | 8:07cv277<br><br>ORDER |

This case came before the court for a Rule 16 planning conference. Counsel appeared telephonically. Timothy Ashford represented the plaintiff and Thomas Mumgaard represented the defendant. After reviewing progression of the case,

**IT IS ORDERED:**

1. The defendant is given to **January 31, 2008**, to file any motion for qualified immunity and/or motion for summary judgment.

2. The Rule 16 planning conference is continued to **April 28, 2008 at 9:30 A.M.**, with the undersigned magistrate judge, to be held by telephone conference call initiated by plaintiff's counsel.

Dated this 14th day of January 2008.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge