IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES BRIZENDINE, | ) |
| Plaintiff, | ) Case No. 8:07cv277 |
| v. | ) |
| OMAHA, CITY OF, OMAHA POLICE DEPARTMENT, FRANK PLATT, Omaha Police Officer, Individually And In His Official Capacity, | ) ORDER TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED |
| Defendant. | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the government and claimant shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed

Plaintiff's No. 1-3, 7     Civil Jury Trial     Nov. 3-4, 2009

Defendant's No. 101, 103, 109

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 14th day of January, 2010

s/ F. A. Gossett
United States Magistrate Judge

proc\Exhibits\Form-Order to Withdraw or OSC Destroy, appeal time expired.wpd
Approved 02/15/07